1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | PATRICIA J. JACOBS, | ) Case No.: CV 07-5024 AN |
| 12 | Plaintiff, | ) ORDER AWARDING EQUAL<br>) ACCESS TO JUSTICE ACT |
| 13 | vs. | ) ATTORNEY FEES PURSUANT TO<br>) 28 U.S.C. § 2412(d) |
| 14 | MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| 15 | | ) |
| 16 | Defendant. | ) |

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

20  rights, the amount of one thousand four hundred and fifty dollars and no cents

21  ($1,450.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

22  above-referenced Stipulation.

23  DATE:   Sept. 11, 2008              /s/ Arthur Nakazato
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26